AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Brian Sievers and Chad Burnett

*Plaintiff(s)*

v.

Civil Action No. 25-2145 J(1)

RCI Entertainment Louisiana, Inc.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RCI Entertainment Louisiana, Inc.
c/o its registered agent
E. Howell Crosby
2300 Energy Centre
1100 Poydras St.
New Orleans, La. 70163

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles Stiegler
Stiegler Law Firm LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Oct 15 2025

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Howell Crosby__
was received by me on *(date)* __21 Oct 25__ .

☑ I personally served the summons on the individual at *(place)* __3:17 pm Chaffe McCall__
_____ on *(date)* __21 Oct 25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __Howell Crosby__
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __21 Oct 25__

_____
Server's signature

__Ryan Brown — Courier__
Printed name and title

__4007 Toulouse Ave. N.O.L.A. 70119__
Server's address

Additional information regarding attempted service, etc: